IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS MORENO,

        Plaintiff,

  v.

CITIBANK, N.A. and AMERICAN HOME MORTGAGE SERVICING, INC.,

        Defendants.
                                              /

No. C 09-5339 CW

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

    On March 19, 2010, the Court granted Defendants Citibank, N.A. and American Home Mortgage Servicing, Inc.'s motion to dismiss.  In its Order, the Court granted Plaintiff Marcus Moreno leave to amend his complaint and directed him to file an amended pleading within fourteen days of the date of that Order.  Plaintiff was warned that if he failed to do so, his claims would be dismissed for failure to prosecute.

    Plaintiff did not file an amended pleading.  Accordingly, the Court DISMISSES without prejudice Plaintiff's claims against all Defendants.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 8, 2010

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCUS MORENO,

        Plaintiff,

  v.

CITIBANK, N.A., et al.,

        Defendants.

Case Number: CV09-05339 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2010, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Marcus Moreno
110 Lassen Drive
San Bruno, CA 94066

Dated: April 8, 2010

                              Richard W. Wieking, Clerk
                              By: M. Pilotin, Deputy Clerk